# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Brittany Sanders,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 21-cv-892-GCS |
| ) | |
| **Illinois Department of** | |
| **Corrections et al,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

Pursuant to the Order entered by this Court on September 07, 2023 (Doc. 96), this case has been dismissed with prejudice with each party to bear its own costs.

IT IS SO ORDERED.

DATED: November 15, 2023

                                              MONICA A. STUMP, Clerk of Court
                                              *s/ Catina Simpson*
                                              Deputy Clerk

Approved: *s/ Gilbert C. Sison*
Gilbert C. Sison, U.S. Magistrate Judge